## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VIRGINIA SCHEIRER,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:13-1397** |
| : | |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **NATIONWIDE INSURANCE** | |
| **COMPANY OF AMERICA** : | |
| : | |
| **Defendant** : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY**

**ORDERED THAT**:

**(1)** Defendant's partial motion to dismiss, (Doc. No. 14) is

**GRANTED**; and

**(2)** Count III of plaintiff's amended complaint, (Doc. No. 12), is

**DISMISSED WITH PREJUDICE**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 23, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-1397-01-order.wpd