UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VIRGINIA SCHEIRER,** : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:13-CV-1397 |
| : | |
| v. : | |
| : | (JUDGE MANNION) |
| **NATIONWIDE INSURANCE** : | |
| **COMPANY OF AMERICA,** : | |
| Defendant : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Count I of plaintiff's amended complaint, (Doc. 12), is **DISMISSED WITH PREJUDICE**.

**(2)** Defendant's motion for summary judgment, (Doc. 29) is **DENIED** with respect to Count II, the bad faith claim;

**(3)** Plaintiff's motion for summary judgment, (Doc. 32) is **DENIED** with respect to Count II, the bad faith claim; and

**(4)** The court will issue a separate order setting forth a trial schedule.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 9, 2015**